RECEIVED IN
POST TRIAL
DISTRICT CLERK OFFICE

FEB 18 2015

Time:_____
Harris County, Texas
By_____
Deputy

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 23 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

AT

AUSTIN, TEXAS

EX PARTE REVAT RENE VARA

WRIT NO. WR-75,987-04
IN THE COURT OF CRIMINAL APPEALS

********

CAUSE NO. 1061075-A
IN THE 208TH DISTRICT COURT
HARRIS COUNTY, TEXAS

## STATE'S OBJECTIONS TO THE TRIAL COURT'S ORDER ADOPTING SPECIAL MASTER'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATION

I.

Comes now the State of Texas, through the undersigned Assistant District Attorney, and respectfully objects to the *Trial Court's Order Adopting Special Master's Findings of Fact, Conclusions of Law, and Recommendation* entered on January 26, 2015, recommending that relief be granted in the form of a new trial.

The State respectfully disagrees with the trial court's ultimate recommendation, and objects to the recommendation and the trial court's

findings of fact and conclusions of law which find no support in the record, or which are plainly contrary to established law.

The State respectfully requests that the Court of Criminal Appeals find that the trial and habeas records do not support the trial court's January 26, 2015 findings of fact and conclusions of law granting habeas relief. Additionally, the State respectfully requests that the Court of Criminal Appeals enter an order denying the applicant relief on all grounds urged in the instant post-conviction habeas petition.

II.

A copy of the *State's Objections to the Trial Court's Order Adopting Special Master's Findings of Fact, Conclusions of Law and Recommendations* in cause number 1061075-A has been sent to:

> Ms. Celeste Blackburn
> Writ Counsel for the Applicant
> 333 N. Rivershire Drive
> Suite 285
> Houston, Texas 77304

SIGNED this 18th day of February, 2015.

Respectfully submitted,

*Sharon Y. Chu*

Sharon Y. Chu
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
713-755-6657
Texas Bar ID # 24051950